FILED

OCT 21 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 26-30128-NJR |
| | ) | |
| KIATTHA L. WADE, JR. | ) | Title 18, |
| | ) | United States Code, |
| Defendant. | ) | Section 641 |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNTS 1-6
## THEFT OF GOVERNMENT FUNDS – 18 U.S.C. § 641

On or about the dates listed below, in St. Clair County, within the Southern District of Illinois,

**KIATTHA L. WADE, JR.,**

defendant herein, willfully and knowingly did embezzle and convert to his own use property of the United States of an aggregate value exceeding $1,000, as more fully described below, which said property had come into the possession and under the care of defendant by virtue of his employment as a Sales and Service Distribution Associate at the Belleville, Illinois Post Office located in Belleville, Illinois;

| Count | Date | Property |
|---|---|---|
| 1 | August 14, 2024 | $73.00 provided in connection with the purchase of stamps |
| 2 | August 28, 2024 | $73.00 provided in connection with the purchase of stamps |
| 3 | September 18, 2024 | $600.00 provided in connection with the purchase of a postal money order |
| 4 | September 18, 2024 | $73.00 provided in connection with the purchase of stamps |
| 5 | September 18, 2024 | $73.00 provided in connection with the purchase of stamps |
| 6 | September 18, 2024 | $1,440.00 cash belonging to the United States Postal Service |

In violation of Title 18, United States Code, Section 641.

[redacted]

Digitally signed by STEVEN WEINHOEFT
Date: 2026.10.16 23:53:40 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

KATHLEEN M. HOWARD
Assistant United States Attorney

Recommended Bond: Personal Recognizance